ACCEPTED
05-15-00709-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/10/2015 7:50:27 AM
LISA MATZ
CLERK

**Appellate Docket Number:** **05-15-00709-CR**

Appellate Case Style:  Michael Dwayne Thompson **v. State of Texas**

FILED IN
5TH COURT OF APPEALS
DALLAS, TEXAS
6/10/2015 7:50:27 AM
LISA MATZ
Clerk

Trial Cause Number: F-1460066-M

| **Companion Cases:** | |
|---|---|
| | |

Amended/corrected statement:  ☐

# DOCKETING STATEMENT CRIMINAL

**Appellate Court:** 5th Court of Appeals of Dallas Texas
(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I.  Appellant** | **II. Appellant Attorney (s)** |
|---|---|
| First Name: Michael | Lead Attorney:  Valencia Bush |
| Middle Name: Dwayne | ☒ Appointed    ☐ District Attorney |
| Last Name:    Thompson | ☐ Retained    ☐ Public Defender |
| Suffix: | |
| | Address: Valencia Bush Attorney |
| Appellant Incarcerated? Yes | 10000 N. Central Epwy. #400 |
| | Dallas, Texas 75231 |
| Amount of Bond: | |
| | Telephone: 214 631-3435 |
| Pro Se: | Fax:        1 866 275-2570 |
| | Email:      valenciabush@aol.com |
| | SBN:       18692100 |
| | |

## III. Perfection of Appeal, Judgement and Sentencing

Nature of Case: Criminal

Type of Judgment: Guilty

Date of Sentence: 5-28-2015

Date of Offense: 11-08-2014

Offense Charged: Brg Vehicle/2 Priors

Defendant's Plea: NOT GUILTY

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Motion New Trial Filed: Yes Date: 5-28-15

Was trial by jury ☐ jury or ☒ non jury

Date Notice of Appeal given: 5-28-15

Punishment Assessed: 10 years TDCJ

Is appeal from pre-trial Order? ☐Yes

☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance.

☐ Yes ☒ No

## IV. Actions Extending Time to Perfect Appeal

## V. Indigency of Party

Motion and affidavit filed ☒ Yes ☐ No ☐ NA

Date of Hearing: 5-28-15 ☐ NA

Date of Order: 5-28-15 ☐ NA

Ruling on Motion: ☒ Granted ☐ Denied Date of ruling: 5/28/15

## VI. Trial Court and Record

Court:    Criminal District Court No. 194     Clerks Record: Requested

County:  Dallas                               Trial Court Clerk ☒District  ☐County

Trial Docket Cause No: F14-60066-M            Clerk's Record Requested? ☒ Yes  ☐No

Trial Court Judge (who disposed of case):    Payment Arrangements made?
                                             ☐Yes ☐No  ☒ Indigent


Presiding Judge:    Earnest White
Address:            133 North Riverfront Blvd
                    Dallas, Texas 75207
Phone:              214 653-3600

## Reporter's or  Recorder's Record

Is there a reporter's record?   ☒ Yes  ☐ No

Was the reporter's record requested  ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes   ☐No

If yes date requested or to be requested:  06/04/15

Were payment arrangements made with the court reporter  ☐Yes ☐ No
☒ Indigent

## Court Reporter(s)

☒ Official           ☐Substitute

Name:    Belinda Baraka
Address:  133 North Riverfront Blvd. Dallas, Texas 75207
Phone:    214 653-3600
Email:

## VII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                          Court:


Style:                    v. State of Texas

## VIII.  Signature

*Valencia Bush*

_____

Valencia Bush
Attorney at Law
10000 North Central Expwy. Ste. 400
Dallas, Texas 75231
SBN: 18692100
Ph: 214-631-3435
Fax: 1 866 275 2570
valenciabush@aol.com

## IX. Certificate of Service

### Certificate of Service

The undersigned counsel hereby certifies that on June 10, 2015 a copy of the above Docketing Statement was served by E-file to the 5th Court of Appeals at Dallas County, 500 Commerce, Dallas Texas 75207, and the Appellate Division of the District Attorney's Office. 133 North Riverfront Blvd., Dallas, Texas 75207.

*Valencia Bush*